| | |
|---|---|
| 1 | McGREGOR W. SCOT<br>United States Attorney |
| 2 | JEFREY A. SPIVAK<br>Assistant U.S. Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>  UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-PO-00147-SAB |
|---|---|
| Plaintiff, | [Citation #8108280 CA/59] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| CRYSTAL D. DUKES, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Citation #8108280 CA/59 against CRYSTAL D. DUKES without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 17, 2019                Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney

                                 By:   /s/ Jeffrey A. Spivak
                                       JEFFREY A. SPIVAK
                                       Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Citation #8108280 CA/59 against CRYSTAL D. DUKES be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**October 21, 2019**__

UNITED STATES MAGISTRATE JUDGE